# UNITED STATES DISTRICT COURT

for the

Jason Glassbrenner

*Plaintiff(s)*

v.

Carnival Corporation, LTD.,
f/k/a Carnival Corporation, d/ba Carnival Cruise Line

*Defendant(s)*

Civil Action No. 1:26-cv-28178-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carnival Corporation, LTD., f/k/a Carnival Corporation, d/ba Carnival Cruise Line
By Serving it's Registered Agent:
NRAI Services Inc.
1200 South Pine Island Road
Plantation, Fl. 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Scolaro, Esq. / William T. Rieder, Jr.,Esq.
Scolaro Law, P.A.
1728 Coral Way, Suite 702
Miami, Fl. 33145
Telephone: 305-424-2300 | Fax: 305-424-2140
Email: tom@usinjury.law; billy@usinjury.law; marisol@usinjury.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Angela E. Noble
Clerk of Court

Date: 11/17/2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts